1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
   DENNIS J. CANTY, ESQ. (SBN 207978)
2  EMILY CHARLEY, ESQ. (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Telephone    (415) 646-7160
   Facsimile    (415) 981-1270
5
6  Attorneys for Plaintiff

7                    **UNITED STATES DISTRICT COURT**

8                 **NORTHERN DISTRICT OF CALIFORNIA**

9  JEAN M. NGUYEN,                    ) Case No. 3:06-cv-1445
                                      )
10         Plaintiff,                 ) **STIPULATION AND REQUEST FOR**
                                      ) **VOLUNTARY DISMISSAL OF**
11     vs.                            ) **JANSSEN, L.P., JANSSEN**
                                      ) **PHARMACEUTICA INC., AND**
12  ASTRAZENECA PHARMACEUTICALS, et al ) **JOHNSON & JOHNSON**
                                      )
13                                    )
           Defendants.               )
14                                    )

15         Pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff requests dismissal without prejudice of **ONLY**

16  defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON,

17  from the above-captioned action. Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC.,

18  and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

19  Dated: July **26**, 2006                    Dated: July **19**, 2006

20  LEVIN SIMES KAISER & GORNICK LLP          DRINKER BIDDLE & REATH LLP

21

22  _____                  _____
    Dennis J. Canty                           Charles F. Preuss
23  Attorneys for Plaintiff                   Steven M. Selna
                                              Owen J. Rescher
24                                            Attorneys for Defendants
                                              Janssen, L.P., Janssen Pharmaceutica Inc., and
25                                            Johnson & Johnson

26  PURSUANT TO STIPULATION, IT IS SO ORDERED.

27  Dated: 8/9/06  _____            _____
28                                    United States District Court

STIPULATION AND VOLUNTARY DISMISSAL                                PAGE 1