IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN M. NGUYEN, | No. C 06-1445SBA |
| Plaintiff, | **ORDER** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, LP, et al., | |
| Defendants. | |
| _____/ | |

The above-captioned case was transferred to the Eastern District of New York by the Judicial Panel on Multidistrict Litigation ("MDL Panel"). On October 6, 2006, the MDL Panel filed an Order remanding all claims involving prescription drugs other than Zyprexa to this Court. Accordingly,

IT IS HEREBY ORDERED THAT the clerk shall reopen the case.

IT IS FURTHER ORDERED THAT a telephonic Case Management Conference shall be held on **November 8, 2006, at 3:00 p.m.**

IT IS FURTHER ORDERED that the parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement, which shall be filed no later than **November 1, 2006**. Counsel for Plaintiff shall be responsible for filing the Case Management Conference Statement, as well as for arranging the Case Management Conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 10/23/06

SAUNDRA BROWN ARMSTRONG
United States District Judge